UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,                         No.  1:10-CR-384

v                                          Hon. Robert J. Jonker

LARRY JAMES NIEWENHUIS,

        Defendant.

---

### MOTION TO WITHDRAW AS COUNSEL

---

      Larry Willey, counsel for Larry Niewenhuis, seeks an Order from this Court allowing him to withdraw as counsel.  He supports this request with the accompanying brief.

                                             Respectfully Submitted,

Dated:  March 25, 2011

                                             WILLEY & CHAMBERLAIN LLP
                                             Attorneys for Defendant

                                                s/ Larry C. Willey
                                           _____
                                           Larry C. Willey (P28870)
                                           940 Trust Building
                                           40 Pearl Street, N.W.
                                           Grand Rapids, Michigan  49503-3032
                                           (616) 458-2212