UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        No. 1:10-CR-384

v                                          Hon. Robert J. Jonker

LARRY JAMES NIEWENHUIS,

                Defendant.

## ORDER GRANTING MOTION TO WITHDRAW

Defense counsel having moved to withdraw as counsel in this matter, and the court being otherwise advised; now, therefore,

IT IS HEREBY ORDERED that defense counsel's Motion to Withdraw be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Federal Public Defender shall appoint substitute counsel as soon as practicable.

Dated:  March 28, 2011                   /s/Robert J. Jonker

                                       UNITED STATES DISTRICT JUDGE