UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:10–cr–00384–RJJ

v.                                  Hon. Robert J. Jonker

LARRY JAMES NIEWENHUIS,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):      Ex Parte Motion – #61
                    Ex Parte Motion – #62
Date/Time:    April 11, 2011   10:00 AM
Judge:          Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

*This hearing will be held in camera.*

                                    ROBERT J. JONKER
                                    United States District Judge

Dated:  April 8, 2011       By: /s/ Melva I. Ludge
                                   Case Manager