# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

# MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | CASE NO. | 1:10-CR-384 |
| | ) | DATE: | April 11, 2011 |
| vs. | ) | TIME: | 10:10 a.m. - 11:05 a.m. |
| | ) | PLACE: | Grand Rapids |
| JAMES EDWARD WIEDERHOLD, | ) | JUDGE: | ROBERT J. JONKER |
| *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

---

# APPEARANCES

PLAINTIFF:

DEFENDANT:
Raymond G. Buffmyer on behalf of Neal David Wiederhold
Michael John Nichols on behalf of Larry James Niewenhuis
Gary K. Springstead on behalf of James Edward Wiederhold

# WITNESSES

PLAINTIFF:

DEFENDANT:

# PROCEEDINGS

NATURE OF HEARING:
Ex Parte Hearing on Ex Parte Motions to Declare Case Extended or Complex (docket ## 51, 52, 61, 62).

COURT REPORTER:   Glenda Trexler            Margaret Khayat Bratt
                                                                    Law Clerk